UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

         Plaintiff,

   v.

ROBERT LEE HART, et al.,

         Defendants.

Case No. 26-cv-03122-HSG

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court **VACATES** the case management conference previously scheduled for July 14, 2026, in light of the Court's prior order denying Plaintiff's motion to proceed *in forma pauperis* and directing him to file an amended complaint by July 17, 2026, Dkt. No. 4. The Court will reset the case management conference if needed.

**IT IS SO ORDERED.**

Dated: 7/7/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California