United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

Plaintiff,

v.

ROBERT LEE HART, et al.,

Defendants.

Case No. 26-cv-03122-HSG

**ORDER DISMISSING CASE**

Pro se Plaintiff Eugene Hart filed this lawsuit in April 2026. Although the complaint is difficult to follow, Plaintiff appears to allege a privacy violation stemming from the use of his name. The Court screened Plaintiff's complaint under 28 U.S.C. § 1915. Dkt. No. 4. In its order, the Court dismissed the complaint with leave to amend, because Plaintiff's claims did not present a federal question, and Plaintiff's allegations showed that there was not complete diversity among the parties. *Id.* at 2–3. The Court directed Plaintiff to file an amended complaint by July 17, 2026, instructing that any amended complaint "must lay out why the facts alleged make out a claim under the identified federal statute or constitutional right." *Id.* at 3. The Court also warned that if Plaintiff could not do so, it would dismiss without further leave to amend. *Id.* Plaintiff did not file an amended complaint by the July 17, 2026 deadline (and has not filed one to date). The Court therefore **DISMISSES** the complaint without leave to amend. The clerk is directed to enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: 8/13/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge